Nov. Term,<br>1859.<hr>CARLISLE<br>v.<br>THE EVANS-<br>VILLE, &c.,<br>RAILRO'D Co.

---

CARLISLE *v.* THE EVANSVILLE, INDIANAPOLIS, AND CLEVE-
LAND STRAIGHT LINE RAILROAD COMPANY.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—The defense, attempted to be set up, was, that the note was given on a stock subscription, and that certain verbal representations were made by the agents of the company preceding said subscription.

This question has been settled. *Eakright* v. *The Logansport, &c., Railroad Co.*, and authorities there cited, at this term (1).

The judgment is affirmed with costs.

*L. Barbour* and *J. D. Howland*, for the appellant.

*O. H. Smith*, for the appellees.

Friday,<br>December 16.

(1) *Ante,* 404.